UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL ALBARRAN,<br><br>        Petitioner,<br><br>  v.<br><br>THOMAS DE SANTOS, Judge,<br><br>        Respondent. | 1:08-cv-01703-JLT HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO SUBSTITUTE NAME OF PROPER RESPONDENT (Doc. 12)<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE STEVE BRUM, CHIEF PROBATION OFFICER, KINGS COUNTY, AS PROPER RESPONDENT |

Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

After initial screening, the Court ordered Petitioner to file a motion to amend the petition to include the name of the proper respondent, in this case the probation officer responsible for Petitioner. (Doc. 10). Subsequently, Petitioner duly filed his motion, requesting that the Court substitute Steve Brum, Chief Probation Officer for the County of Kings, as the correct Respondent, in place of Thomas De Santos. (Doc. 12).

ORDER

Accordingly, GOOD CAUSE appearing therefore, the Court HEREBY ORDERS as follows:

1. Petitioner's motion to amend the caption to include the proper Respondent (Doc. 12),

1

1         is GRANTED; and,

2. The Clerk of the Court is DIRECTED to substitute the name of Steve Brum, Chief Probation Officer for the County of Kings, as Respondent in place of Thomas De Santos.

IT IS SO ORDERED.

Dated: **January 25, 2010**                          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE